## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EDDIE WEBB,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-CV-4045-JPG-CJP |
| | ) |
| **EXCEL MINING SYSTEMS, INC.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   November 8, 2006

**NORBERT JAWORSKI, CLERK**

 s/Deborah Agans
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
          **U. S. DISTRICT JUDGE**